## 49250. ATCHINSON v. HALEY.

BELL, Chief Judge.

CPA § 8 (a) (Code Ann. § 81A-108 (a)) requires that the original complaint shall contain facts upon which the court's venue depends. In most cases a bare allegation of the defendant's residence within the county will suffice. *Martin v. Approved Bancredit Corp.,* 224 Ga. 550, 551 (163 SE2d 885). The allegation that defendant "is a resident of Douglas County" is sufficient in this case.

The trial judge's denial of the motion to dismiss the complaint is affirmed.

*Judgment affirmed. Quillian and Clark, JJ., concur.*

SUBMITTED APRIL 1, 1974 — DECIDED JULY 3, 1974.

*William F. Brackett,* for appellant.

*Cobb, Blandford & Werbin, Samuel N. Werbin,* for appellee.